Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
June 30, 2005









 

Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed June 30, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00603-CV

____________

 

IN RE JAMES HENRY KESSLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 16, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
sought to have this court compel the Honorable Denise Collins, presiding judge
of the 208th District Court in Harris County, to rule on his application for
post-conviction writ of habeas corpus and order his release from prison for
time served on his burglary conviction. 

On June 22, 2005, relator filed a
written request to dismiss his petition for writ of mandamus.  We grant the request.  Accordingly, we dismiss relator=s petition for writ of mandamus.                                                             PER CURIAM

Petition Dismissed and Memorandum
Opinion filed June 30, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.